# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00682-CV

**Gerald Willis and Kimly West, Appellants**

**v.**

**Gary Huebner; Carolyn Huebner; Ron Collier; Sharon Collier;
Memory Lane Event Center, LLC; Thalia R. Morgan;
John M. Morgan and Janet S. Morgan, Appellees**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT
### NO. 10-2037, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to abate the appeal, explaining that they are in the process of attempting settlement negotiations. They have also filed a motion to expedite a decision on the motion to abate. We grant both motions and abate the appeal. The parties are ordered to file either a motion to dismiss or a status update in the case no later than January 24, 2014.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   December 5, 2013